# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

JAMES M. GALLIGAN,   Civil File No. 11-CV-2030 JWL/KMH

    Plaintiff,

vs.   **STIPULATION OF DISMISSAL WITH PREJUDICE**

DELTA OUTSOURCE GROUP, INC.

    Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff James M. Galligan, and the defendant, Delta Outsource Group, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated: <u>February 15, 2011</u>   By <u>  /s/J. Mark Meinhardt        </u>
J. Mark Meinhardt
4707 College Boulevard, Suite 100
Leawood, KS  66211
(913) 451-9797
(913) 451-6163 (fax)
ATTORNEY FOR PLAINTIFF

Dated: <u>February 15, 2011</u>   By <u>  /s/Michael A. Klutho        </u>
Michael A. Klutho
Bassford Remele, P.A.
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3707
(612) 333-3000
(612) 333-8829 (fax)
ATTORNEY FOR DEFENDANT